**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McDonald, Thomas H** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**AKA Thomas McDonald; AKA Tom McDonald** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-2679** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**430 Shadow Creek Dr.**<br>**Palos Heights, IL 60463** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)      THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| (Official Form 1) (9/01) | | **FORM B1**, Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **McDonald, Thomas H** | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **JII Liquidating, Inc., f/k/a Jernberg Industries, Inc.** | Case Number: **05-25909** | Date Filed: **6/25/05** |
|---|---|---|
| District: **ND IL** | Relationship: **Affiliate** | Judge: **John H. Squires** |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Thomas H McDonald**
Signature of Debtor **Thomas H McDonald**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 14, 2005**
Date

**Signature of Attorney**

X    **/s/ Steven B. Towbin**
Signature of Attorney for Debtor(s)
**Steven B. Towbin (#2848546)**
Printed Name of Attorney for Debtor(s)
**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**
Firm Name
**321 N. Clark Street
Suite 800
Chicago, IL 60610**
Address
**312-541-0151  Fax: 312-980-3888**
Telephone Number
**October 14, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# United States Bankruptcy Court
## Northern District of Illinois

In re **Thomas H McDonald**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| First National Bank of Ottawa Attn: Mark Stoudt 701 LaSalle Street Ottawa, IL 61350 | First National Bank of Ottawa Attn: Mark Stoudt 701 LaSalle Street Ottawa, IL 61350 | Guaranty of loan to Paradise Motor Group | Contingent Unliquidated | 1,558,000.00 |
| Founders Bank Attn:  Mark Fecht 6825 W. 111th Street Worth, IL 60482 | Founders Bank Attn:  Mark Fecht 6825 W. 111th Street Worth, IL 60482 | Guranty of loan to Paradise Motor Group | Contingent Unliquidated | 795,000.00 |
| Illinois Department of Revenue 100 W. Randolph Bankruptcy Section L-425 Chicago, IL 60602 | Illinois Department of Revenue 100 W. Randolph Bankruptcy Section L-425 Chicago, IL 60602 | 2005 income taxes | Unliquidated | Unknown |
| Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | 2005 income taxes (Estimated) | Unliquidated | 700,000.00 |
| Jernberg Holdings, Inc. Attn:  Steven Mellos 328 West 40th Place Chicago, IL 60609 | Jernberg Holdings, Inc. Attn:  Steven Mellos 328 West 40th Place Chicago, IL 60609 | Shareholder loan due to Jernberg Industries, Inc. | Subject to Setoff | 337,500.00 |
| LaSalle Bank, N.A. Attn:  Manager, RE Administration 135 S. LaSalle St., Suite 1225 Chicago, IL 60603 | LaSalle Bank, N.A. Attn:  Manager, RE Administration 135 S. LaSalle St., Suite 1225 Chicago, IL 60603 | Guaranty of loan to JII Real Estate, Inc. | Contingent Unliquidated | 300,000.00 |
| LaSalle Bank, N.A. Attn:  John M. Schuessler 135 S. LaSalle Street, Suite 2150 Chicago, IL 60603 | LaSalle Bank, N.A. Attn:  John M. Schuessler 135 S. LaSalle Street, Suite 2150 Chicago, IL 60603 | Guaranty of loan to Jernberg Industries | Contingent Unliquidated | 900,000.00 |
| LaSalle Bank, N.A. Attn:  John M. Schuessler 135 S. LaSalle Street, Suite 2150 Chicago, IL 60603 | LaSalle Bank, N.A. Attn:  John M. Schuessler 135 S. LaSalle Street, Suite 2150 Chicago, IL 60603 | Guaranty of loan to Iron Mountain Industries | Contingent Unliquidated | 500,000.00 |
| LaSalle Bank, N.A. Attn:  J.C. Thurston 8617 Innovation Way Chicago, IL 60682 | LaSalle Bank, N.A. Attn:  J.C. Thurston 8617 Innovation Way Chicago, IL 60682 | Guaranty of loan to Paradise Motor Group | Contingent Unliquidated | 400,000.00 |

In re  **Thomas H McDonald**  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Lombard US Equipment Finance Corp.** <br> **222 S. Riverside Plaza, 15th Flr.** <br> **Chicago, IL 60606** | **Lombard US Equipment Finance Corp.** <br> **222 S. Riverside Plaza, 15th Flr.** <br> **Chicago, IL 60606** | **Guaranty of equipment lease to Jernberg Industries and Jernberg Sales** | **Contingent Unliquidated** | **375,000.00** |
| **Mannheim Auto Finance Service** <br> **Attn: Donna Fletcher** <br> **20401 Cox Avenue** <br> **Matteson, IL 60443** | **Mannheim Auto Finance Service** <br> **Attn: Donna Fletcher** <br> **20401 Cox Avenue** <br> **Matteson, IL 60443** | **Guaranty of loan to Paradise Motor Group** | **Contingent Unliquidated** | **335,000.00** |
| **Midwest Bank & Trust Co.** <br> **Loan Processing Center** <br> **501 North Avenue** <br> **Melrose Park, IL 60160-1603** | **Midwest Bank & Trust Co.** <br> **Loan Processing Center** <br> **501 North Avenue** <br> **Melrose Park, IL 60160-1603** | **Guaranty of loan to R. Thomas Beecham** | | **750,000.00** |
| **RBS Lombard, Inc.** <br> **222 S. Riverside Plaza, 15th Flr.** <br> **Chicago, IL 60606** | **RBS Lombard, Inc.** <br> **222 S. Riverside Plaza, 15th Flr.** <br> **Chicago, IL 60606** | **Guaranty of capital lease to Jernberg Industries** | | **Unknown** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 14, 2005**         Signature  **/s/ Thomas H McDonald**
                                              **Thomas H McDonald**
                                              Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Thomas H McDonald**                                                    Case No.

                                    Debtor(s)                                   Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **October 14, 2005**                    **/s/ Thomas H McDonald**
                                                **Thomas H McDonald**
                                                Signature of Debtor